**Electronically Filed
Supreme Court
SCWC-29623
01-DEC-2011
01:25 PM**

NO. SCWC-29623

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

BEN BALDADO, Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29623; CR. NO. 06-1-196K)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J. Nakayama, and Duffy, JJ.
and Acoba, J., dissenting, with whom McKenna, J., joins)

Petitioner/Defendant-Appellant's application for writ

of certiorari filed on October 24, 2011, is hereby rejected.

DATED: Honolulu, Hawai'i, December 1, 2011.

Vaughan S. Winborne Jr.
for petitioner/defendant-
appellant on the
application

Linda L. Walton, Deputy
Prosecuting Attorney,
for respondent/plaintiff
appellee on the response

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ James E. Duffy, Jr.

